IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NATHAN PIERCE, MONTANA COALITION FOR RIGHTS, MONTANANS FOR CITIZEN VOTING, GOOD NEIGHBORS FOR MONTANA, and SHERRI FERRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>COREY STAPLETON, *in his official capacity as the Secretary of State and chief election official for the State of Montana*, and TIM FOX, *in his official capacity as the Attorney General for the State of Montana*,<br><br>Defendants. | CV-18-63-H-CCL<br><br>ORDER |

Christopher Gallus, local counsel for Plaintiffs, having moved this Court for an Order admitting Paul A. Rossi, *pro hac vice,* and the Court, having been duly advised in the premises and having examined said motion, NOW FINDS as follows:

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Paul A. Rossi, of the law firm IMPG Advocates, Inc., should be, and hereby is admitted *pro hac vice* to appear in the above-captions matter.

Local counsel, Christopher Gallus, will be designated lead counsel or as co-

lead counsel along with Mr. Rossi. Mr. Rossi must do his own work. Mr. Rossi must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and if designated, co-lead counsel must appear and participate in all proceedings before the Court. Local counsel shall also sign such pleadings, motions and briefs and other documents served or filed. Admission is personal to Mr. Rossi.

Dated this 11th day of May, 2018.

/s/ Charles C. Lovell
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE