TIMOTHY C. FOX
Montana Attorney General
MATTHEW T. COCHENOUR
PATRICK M. RISKEN
HANNAH E. TOKERUD
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
mcochenour2@mt.gov
prisken@mt.gov
Hannah.Tokerud@mt.gov

COUNSEL FOR DEFENDANTS

GALLUS LAW
Chris J. Gallus
1423 Otter Road
Helena, MT 59620-7641
Phone:  406-459-8676
Chrisjgalluslaw@gmail.com

IMPG ADVOCATES, INC.
Paul A. Rossi
316 Hill Street
Mountville, PA 17554
Phone: 717-961-8978
Paul-Rossi@comcast.net

COUNSEL FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| NATHAN PIERCE; MONTANA COALITION FOR RIGHTS; MONTANANS FOR CITIZEN VOTING; LIBERTY INITIATIVE FUND; and SHERRI FERRELL,<br><br>Plaintiffs,<br><br>v.<br><br>COREY STAPLETON, in his official capacity as the Secretary of State for the State of Montana; and TIM FOX, in his official capacity as Attorney General of Montana,<br><br>Defendants. | Cause No. 6:18-cv-00063-CCL<br><br>**JOINT STATUS REPORT RE DISCOVERY** |
|---|---|

Pursuant to this Court's Scheduling Order entered October 18, 2018 (Doc. 26), the parties file this Joint Status Report to notify the Court of the current status of discovery.

At present, there are no pending discovery requests by either party; however, the discovery deadline is not until July 15, 2019, and the parties may still engage in discovery as allowed under the Scheduling Order and rules of civil procedure. Regarding experts, Defendants disclosed one expert witness and served an expert report on April 29, 2019; Plaintiffs have disclosed no experts or reports.

Dated this 17th day of May, 2019.

> By: _/s/ Chris J. Gallus_
> CHRIS J. GALLUS
> GALLUS LAW
> Counsel for Plaintiffs
>
> By: _/s/ Matthew T. Cochenour_
> MATTHEW T. COCHENOUR
> Assistant Attorney General
> Counsel for Defendants

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated:  May 17, 2019          */s/ Matthew T. Cochenour*
                                                                        MATTHEW T. COCHENOUR
                                                                        Assistant Attorney General
                                                                        Counsel for Defendants