IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NATHAN PIERCE, MONTANA COALITION FOR RIGHTS, MONTANANS FOR CITIZEN VOTING, LIBERTY INITIATIVE FUND, and SHERRI FERRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>COREY STAPLETON, *in his official capacity as the Secretary of State for the State of Montana*, TIM FOX, *in his official capacity as the Attorney General for the State of Montana*, and JEFF MANGAN, *in his official capacity as the Commissioner of the Montana Commission on Political Practices*.<br><br>Defendants. | CV-18-63-H-CCL<br><br>ORDER |

For good cause shown, IT IS HEREBY ORDERED that Plaintiffs' unopposed motion to dismiss Counts VIII and IX without prejudice (Doc. 32) is GRANTED and Counts VIII and IX are dismissed without prejudice.

Dated this 26th day of August, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE