FILED
10/21/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| NATHAN PIERCE, MONTANA COALITION FOR RIGHTS, MONTANANS FOR CITIZEN VOTING, LIBERTY INITIATIVE FUND, and SHERRI FERRELL,<br><br>Plaintiffs,<br><br>vs.<br><br>COREY STAPLETON, *in his official capacity as the Secretary of State for the State of Montana*, TIM FOX, *in his official capacity as the Attorney General for the State of Montana,*<br><br>Defendants. | CV-18-63-H-CCL<br><br><br>ORDER |

Before the Court is the parties' joint motion to extend their deadline for responding to pending motions for summary judgment. Good cause appearing,

IT IS HEREBY ORDERED that the joint motion for an extension of time (Doc. 45) is GRANTED and the response deadline is extended to November 4, 2019.

Dated this 21st day of October, 2019.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE