TIMOTHY C. FOX
Montana Attorney General
MATTHEW T. COCHENOUR
Acting Solicitor General
PATRICK M. RISKEN
HANNAH E. TOKERUD
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
mcochenour2@mt.gov
prisken@mt.gov
hannah.tokerud@mt.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| NATHAN PIERCE, MONTANA COALITION FOR RIGHTS, MONTANANS FOR CITIZEN VOTING, LIBERTY INITIATIVE FUND, and SHERRI FERRELL, Plaintiffs, v. COREY STAPLETON, in his official capacity as the Secretary of State for the State of Montana, TIM FOX, in his official capacity as Attorney General of Montana, and JEFF MANGAN, in his official capacity as the Commissioner of the Montana Commission on Political Practices, Defendants. | CV-18-63-H-CCL<br><br>**DEFENDANTS' MOTION FOR ORDER DIRECTING PAYMENT OF EXPERT WITNESS DEPOSITION COST** |
|---|---|

The official capacity defendants Corey Stapleton, Tim Fox, and Jeff Mangan move for an Order directing Plaintiffs to pay the balance of the amount billed by Defendants' expert witness C.B. Pearson, II, for a deposition taken by Plaintiffs' counsel on July 12, 2019.

This motion is based upon Federal Rule of Civil Procedure 26(b)(4)(E) and the Brief in Support of Motion for Order Directing Payment of Expert Witness Deposition Cost and the Declaration of Patrick M. Risken with exhibits filed herewith.

Pursuant to Local Rule 7.1(c)(1) counsel for the opposing party has been contacted and failed to indicate whether they opposed this motion. Defendants do not consider this to be a discovery motion. Regardless, Plaintiffs' counsel were each provided courtesy copies of this Motion, Brief in Support and Declaration with exhibits by email on May 6, 2020, imploring payment of the deposition cost at issue. To date there has not been a substantive response from anyone on behalf of Plaintiffs.

//

//

Respectfully submitted this 8th day of May, 2020.

>TIMOTHY C. FOX
>Montana Attorney General
>PATRICK M. RISKEN
>Assistant Attorney General
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>
>By: __/s/ Patrick M. Risken__
>　　　PATRICK M. RISKEN
>　　　Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: __May 8, 2020__　　　　__/s/ Patrick M. Risken__
　　　　　　　　　　　　　　　PATRICK M. RISKEN
　　　　　　　　　　　　　　　Counsel for Defendants